FILED
2011 Nov-30  AM 09:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DONEL HATCHER, | ] | |
| | ] | |
| Movant, | ] | |
| | ] | |
| vs. | ] | 2:11-cv-8037-KOB-RRA |
| | ] | 2:07-cr-0144-KOB-RRA |
| | ] | |
| THE UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Respondent. | ] | |

### MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the § 2255 Motion to Vacate and the Motion to File an Out-of-Time § 2255 be denied.  No objections have been filed.  The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  The motion to vacate and the Motion to File an Out-of-Time § 2255 are due to be DENIED.  An appropriate order will be entered.

Done this 30th day of November 2011.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE